|  |  |
|---|---|
| JOSHUA KRON,<br><br>   Plaintiff,<br><br>   v.<br><br>TYSON POUGE, et al.,<br><br>   Defendants. | No.  1:24-cv-00558 GSA (PC)<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS<br><br>ORDER RECOMMENDING DISMISSAL FOR FAILURE TO FILE NOTICE OF CHANGE OF ADDRESS<br><br>Local Rule 183(b)<br><br>PLAINTIFF'S OBJECTIONS DUE **AUGUST 19, 2024** |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

   Plaintiff, a Madera county jail inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   Plaintiff was granted in forma pauperis status on May 13, 2024.  ECF No. 4.  At that time, the Court's order granting it was mailed to Plaintiff.  On May 23, 2024, that order was returned to the Court marked "Undeliverable, Not in Custody.  Since then, more than sixty-three days have passed and Plaintiff has not filed a notice of change of address as the Local Rules require.  See Local Rule 183(b).

1

Although Plaintiff's copy of the order was returned, Plaintiff was properly served.  It is Plaintiff's responsibility to keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a District Judge to this matter.

IT IS FURTHER RECOMMENDED that this action be DISMISSED without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations – **by August 19, 2024,** – Plaintiff shall file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **August 4, 2024**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

2